JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO VELAZQUEZ,<br><br>           Plaintiff,<br><br>   vs.<br><br>COUNTY OF ORANGE, BRIAN S. KOPP, JUSTIN MacDONALD, and DOES 1 through 10, inclusive,<br><br>           Defendants. | CASE NO. CV 13-01012 MMM (MRWx)<br><br>JUDGMENT FOR DEFENDANTS |

     On December 2, 2013, the court entered an order granting defendants' motion to dismiss plaintiff Marco Velazquez's complaint for failure to exhaust administrative remedies. Consequently,

     IT IS ORDERED AND ADJUDGED

     1.  That plaintiff take nothing by way of his complaint; and

     2.  That the action be, and is hereby, dismissed without prejudice.

DATED: December 2, 2013

                                               *Margaret M. Morrow*
                                          MARGARET M. MORROW
                                        UNITED STATES DISTRICT JUDGE